928

All concur.

In the Matter of the Claim of FRANCIS WITHERS, Respondent, against E. I. DU PONT DE NEMOURS & COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of BRIDIE HOURIGAN, Respondent, against F. & M. SCHAEFER BREWING COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of ANIELLO CALISE, Respondent, against ENRICO CAPONI et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of SERENE ALDOR, Respondent, against ATLAS COMMISSARY CO., INC., Respondent, and CENTRAL SURETY & INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—